AMENDED Exb. A

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 6/12/2024)

SCANNED at WVCF and Emailed on 11-18-25 by BH - 74 pages.
(date) (initials) (num)

FILED
11/18/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

**Demand for Jury Trial** ☑ Yes ☐ No

(Full name of plaintiff(s))

Angelo Marquese Reynolds

v.

Case Number:

2:25-cv-168-JPH-MG

(to be supplied by clerk of court)

(Full name of defendant(s))

Bryce Browning, Warden

Everado Angeles-Mora, John Allen

Timothy Leffler, Centurion, Joh Vanvleet

Samuel Byrd, Jane Tomas, Sara Bedwell, Makayla Willis

A. PARTIES

1. Plaintiff is a citizen of United States, and is located at
(State)

Wabash Valley 6908 S. Old US Hwy 41, Carlisle, IN
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

B. Defendants named on page 1 are employees of the Indiana Dept. Of Corrections or Centurion Health at 6908 S. Old US Hwy 41, Carlisle, IN.

C. STATEMENT OF CLAIM

During May 31st through October 23rd of 2024 Plaintiff was housed in Wabash Valley's SCU. He filed grievances due to inhumane conditions and officer misconduct and became a target of SCU Lieutenant (Defendant Timothy Leffler). Defendant Leffler called Plaintiff a snitch in front of other inmates and also encouraged inmates to throw feces and boiling hot water on him. Plaintiff informed Warden Frank Vanihel via request forms of the retalitory actions of Defendant Leffler and received no response.

Plaintiff was released from SCU to general population at Wabash Valley 10-23-24 2 days later Plaintiff was stabbed and hit with a lock by two inmates. Defendant Bryce Browning was the yard officer and refused to intervene and also call a bogus radio signal to a location on the other side of the prison from where the altercation took place. Plaintiff was hit with a lock multiple times and received a stab wound which pierced his inner and outer cheek. Defendant Browning did not in any way attempt to stop the attack and allowed inmates to run away after other officers began to respond.

After officers responded due to Ofc. Tarr correcting Browning's bogus signal Defendants Leffler and Angeles-Mora arrived cuffed Plaintiff while he continued to bleed profusely and escorted him to medical. Defendant Leffler began to make jokes that Plaintiff had been 'fucked up good' and that 'that didnt take long' and that 'thats what Plaintiff get for putting all them grievances in on him'.

After Plaintiff arrived to medical Defendant Makayla Willis apologize to Plaintiff stating medical was confused and did not know where to respond due to Defendant Browning's misleading signal. Plaintiff's wound was wrapped with quaze and applied pressure to it while Defendant Leffler continue to joke about Plaintiff's injuries. Defendant Willis then gave Plaintiff a tetanus shot while Plaintiff wound continued to bleed through the quaze Defendant Willis and Defendant Samuel Byrd then applied poorly done stitches which the wound continued to bleed from. Plaintiff continued to bleed from a wound inside his mouth while being stitched and afterwards inform-ed both Defendantes) Byrd and Willis of the wound and showed them the source while continuing to spit out large amounts of blood at which point he was refused further treatment when Defendant Byrd stated 'it should heal on its own'.

Plaintiff was escorted back by Defendants Leffler and Angeles-Mora while being escorted Plaintiff felt blood pouring from his stitches and asked was he bleeding still Defendant Leffler responded "Duh" blood also continued to fill his mouth from the inner wound causing him to spit Plaintiff then asked would he be receiving a shower to decontaminate and was denied. Plaintiff was placed back in his cell bleeding from both wounds profusely and covered in blood. Plaintiff looked in the mirror and seen that the stitches were poorly done and bled profusely as did the wound inside his mouth.

At the time Plaintiff had been bleeding non-stop profusely for about an hour after attempting to control the bleeding which was pouring from each wound Plaintiff began to feel dizzy and lightheaded which he expressed to his cellmate (Dontez Bryant #261968) who became concerned and asked if Plaintiff wanted him to alert the officer 'on deck' (Defendant Jane Tomas) in attempts to seek further medical attention Plaintiff agreed that was best to do. Plaintiff's cellmate (Dontez Bryant #261968)

then began to yell for Defendant Tomas. Defendant Tomas came to the cell door at which point Plaintiff's cellmate Dontez Bryant #261968 moved aside and instructed her to "look" at Plaintiff stating also "He needs medical attention" Defendant Tomas looked into the cell window and witnessed blood running from Plaintiff's face and mouth as he was leaning over the sink/toilet while blood leaked into the sink, filled the toilet bowl and splattered across the floor. Defendant Tomas then stated "There's nothing I can do he was already cleared by medical". Plaintiff's cellmate Dontez Bryant #261968 then stated "Well he isn't" and requested Defendant Tomas to bring a Sargent. Defendant Tomas then stated "The Sargent isn't coming up here the doctor already cleared him" then walked away as Defendant Tomas looked into the cell the first time Plaintiff had already been showing signs of unstable-ness and began to fade in and out of consciousness as he continued to bleed profusely at which point Dontez Bryant #261968 began to yell for a Sargent after receiving no response and Plaintiff falling and hitting his head on the ground due to losing consciousness Plaintiff's cellmate Dontez Bryant #261968 began to shout louder while kicking the door. Defendant Tomas returned to the cell door placed a lock on it and informed Dontez Bryant #261968 if he continued to kick the door he'd receive a conduct report and walked away Dontez Bryant #261968 continued to yell for help and kick the door and caught the attention of Defendant Browning and asked him to come witness what was occurring with the Plaintiff being on the ground unconscious bleeding profusely Defendant Browning and Defendant Tomas then came to the cell door looked inside Defendant Tomas informed Defendant Browning "He came back from being cleared by medical" resulting to no medical assistance being called. Plaintiff's cellmate Dontez Bryant #261968 then left with no other options called the prison tipline #80 and alerted them that he was having a medical emergency in his cell with officers refusing to assist, they informed Dontez Bryant #261968 that "someone would be there soon" Only then did

Defendant Angeles-Mora (Sargent) came rushing into the cellhouse then to Plaintiffs cell door. After seeing Plaintiff unconscious bleeding profusely from face and mouth he immediately called for medical assistance on his radio. Dontez Bryant #261968 (Plaintiffs cellmate) was then cuffed and escorted out the cell and Plaintiff was shaken to consciousness by (non-medical) Defendant Browning, Defendant Angeles-Mora and Officer Kolarick (not a Defendant) when Plaintiff gained consciousness he had the trio holding him down with a can of mace in his face telling him 'not to fight back' while cuffing him. The trio then escorted him to FHU med room (Exb's: E(20a) E(11a), E(11), E(9))

As Plaintiff arrived to FHU med room he was met by Nurse Valerie who noticed Plaintiffs condition and became aware that Plaintiff had lost consciousness called medical and urged them to further treat him stating on that call "Well he needs to be looked at because he's not okay now". Plaintiff was then wheelchaired to medical.

Upon Plaintiff's arrival back to medical/infirmary and Defendant(s) Byrd, Willis, and Bedwell witnessing large amounts of blood coming from Plaintiffs poorly stitched wound and inner mouth Defendant Willis was instructed to start an IV (due to loss of blood and loss of consciousness), remove the poorly done stitches (which Plaintiff attempted to refuse), re-wrap the outer wound (which continued to bleed profusely), and stuff guaze into mouth for the inner wound (which also continued to bleed profusely) and call an ambulance. Plaintiff was rushed to Terre Haute Regional Hospital with lights and sirens and admitted into the trauma unit.

Plaintiff received stitches by Doctors and nurses at the hospital that actually close the outer wound and the inner would to stop the bleeding Plaintiff received facial disfigurement from the stabbing and massive swelling due to being hit with a lock.

Plaintiff was placed back in the Secure Control Unit soon after and soon became aware that Defendants Leffler and Browning had been attempt-ing to find an incarcerated individual who'd throw feces or boiling water on Plaintiff and receive an incentive as retaliation for grievances he had been filing. Plaintiff was also subject to food being contaminated multiple times by Defendant Tomas as retaliation for grievances,

Plaintiff also would like to address the fact that Prison Investigators Defendant(s) Vanvleet and Allen were aware that Plaintiffs safety at Wabash Valley was at jeopardy due to multiple investigation, notes found and complaints yet failed to protect Plaintiff from danger

D. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $__________.

E. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff asks the court to grant him compensatory punitive and injunctive relief. Compensatory relief for mental, physical, emotional and spiritual suffering in the amount of $200,000 from each Defendant in official and individual capacities, Punitive relief ordering Defendants to pay all court costs and counseling fee and $200,000 from each Defendant in official and individual capacities to deter from violating federal rights and injunctive relief ordering an immediate transfer to Indiana State Prison.

Dated this 17th day of November 20 25.

Respectfully Submitted,

Angelo Reynolds
Signature of Plaintiff

228386
Plaintiff's Prisoner ID Number

6908 S. Old US Hwy 41
Carlisle, IN
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

Angelo Reynolds
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.